RALPH F. HIRSCHMANN (State Bar No. 81912)
rfh@hirschmannlaw.com
BELINDA M. VEGA (State Bar No. 208236)
bmv@hirschmannlaw.com
HIRSCHMANN LAW GROUP
A Professional Corporation
515 South Figueroa Street, Suite 1975
Los Angeles, California 90071
Telephone: (213) 891-1700
Facsimile: (213) 891-1556

Attorneys for Third Party
WESTERN ASSET MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA *DUCES TECUM* ON WESTERN ASSET MANAGEMENT CO. | Case No. CV 12-04302 SJO (AGRx)<br><br>[Related to *Public Employees' Retirement System of Mississippi v. The Goldman Sachs Group, Inc., et al.* Case No. 09-CV-1110-HB (S.D.N.Y.)]<br><br>**NOTICE OF ERRATA FOR JOINT STIPULATION REGARDING MOTION TO COMPEL WESTERN ASSET MANAGEMENT COMPANY TO COMPLY WITH RULE 45 SUBPOENA**<br><br>**DISCOVERY MOTION**<br><br>Hearing Date: June 19, 2012<br>Time: 10:00 a.m.<br>Courtroom: D<br>Magistrate Judge Alicia G. Rosenberg |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Third Party Western Asset Management Company ("Western Asset") respectfully submits this Notice of Errata for the Joint Stipulation Regarding Motion to Compel Western Asset to Comply with Rule 45 Subpoena, filed May 17, 2012 (Joint Stipulation"), and included in the Docket as document No. 1.  Attached hereto as exhibit A are replacement pages 6-7, 12-14 and 16-19 for the Joint Stipulation.  These replacement pages correct the following errors:

- Page 6, line 3: "*RALI/Harborview*" is changed to "*Harborview*"
- Page 6, line 13: "and Defendants," is deleted
- Page 7, line 8: "Defendants" is changed to "Defendants'"
- Page 7, line 18: "*RALI/Harborview*" is changed to "*Harborview*"
- Page 12, line 16: "defendants'" is changed to "Defendants'"
- Page 13, line 2: "action" is changed to "production"
- Page 13, line 16: delete "witnesses"
- Page 13, line 28: "Dart Industries" is italicized
- Page 14, line 24: "that" is changed to "for which"
- Page 16, line 12: "unspecific" is changed to "inspecific"
- Page 16, line 12: insert "and" and delete comma after "loan originators"
- Page 16, line 14: insert comma after "offerings"
- Page 16, line 14: delete space after "misplaced."
- Page 16, line 17: "Harborview" should be italicized
- Page 17, line 10: "was'" is changed to "were"
- Page 17, line 13: "action" is changed to "Action"
- Page 17, line 14: insert "and" after "decision"
- Page 18, line 7: "defendants" is changed to "Defendants'"

- 1 -

- Page 18, line 19: delete "first"
- Page 19, line 2: add "the" before "protective order"

DATED: June 11, 2012.

HIRSCHMANN LAW GROUP
A Professional Corporation
RALPH F. HIRSCHMANN
BELINDA M. VEGA

By: /s/ Ralph F. Hirschmann
Ralph F. Hirschmann
Attorneys for Third Party
WESTERN ASSET MANAGEMENT COMPANY