1   RALPH F. HIRSCHMANN (State Bar No. 81912)
    rfh@hirschmannlaw.com
2   BELINDA M. VEGA (State Bar No. 208236)
    bmv@hirschmannlaw.com
3   HIRSCHMANN LAW GROUP
    A Professional Corporation
4   515 South Figueroa Street, Suite 1975
    Los Angeles, California  90071
5   Telephone:  (213) 891-1700
    Facsimile:  (213) 891-1556
6
    Attorneys for Third Party
7   WESTERN ASSET MANAGEMENT COMPANY

8

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

12  IN RE SUBPOENA *DUCES TECUM*         )
    ON WESTERN ASSET                     ) Case No.  CV 12-04302 SJO (AGRx)
13  MANAGEMENT CO.                       )
                                         ) [Related to *Public Employees'*
14                                       ) *Retirement System of Mississippi v. The*
                                         ) *Goldman Sachs Group, Inc., et al.* Case
15                                       ) No. 09-CV-1110-HB (S.D.N.Y.)]
                                         )
16                                       ) **NOTICE OF ERRATA FOR**
                                         ) **SUPPLEMENTAL**
17                                       ) **MEMORANDUM OF THIRD**
                                         ) **PARTY WESTERN ASSET**
18                                       ) **MANAGEMENT CO. IN**
                                         ) **OPPOSITION TO MOTION TO**
19                                       ) **COMPEL COMPLIANCE WITH**
                                         ) **RULE 45 SUBPOENA**
20                                       )
                                         ) **DISCOVERY MOTION**
21                                       )
                                         ) Hearing Date: June 19, 2012
22                                       ) Time: 10:00 a.m.
                                         ) Courtroom: D
23  _____ ) Magistrate Judge Alicia G. Rosenberg

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Third Party Western Asset Management Company ("Western Asset") respectfully submits this Notice of Errata for the for the Supplemental Memorandum of Third Party Western Asset Management Co. in Opposition to Motion to Compel Compliance with Rule 45 Subpoena, filed June 5, 2012 ("Western Asset's Supplemental Memorandum"), and included in the Docket as document No. 13. Attached hereto as exhibit A are replacement pages 1, 3 and 5 for Western Asset's Supplemental Memorandum.  These replacement pages correct the following errors:

- Page 1, line 26: insert "d" after "2" in footnote 2
- Page 3, line 8: insert "*Id.* at *7" after "*RALI/Harborview*."
- Page 5, line 4: insert space after "Nov."
- Page 5, line 6: "Defendants" is changed to "Defendants'"
- Page 5, line 7: "that client" is changed to "the class member"
- Page 5, line 7: "Defendants is" is changed to "Defendants are"
- Page 5, line 8: insert "member" after "class"
- Page 5, line 9-10: delete "how that information is relevant" and "the class representatives and"
- Page 5, line 9:  insert "regarding the information's relevance" after "whatsoever"
- Page 5, line 10: "Defendants is" is changed to "Defendants are"
- Page 5, line 11: delete "a"

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- Page 5, line 12-13: delete "to be disclosed in an action that does not involve any disputes involving it or in which it has chosen to participate"

DATED: June 11, 2012.                    HIRSCHMANN LAW GROUP
                                         A Professional Corporation
                                         RALPH F. HIRSCHMANN
                                         BELINDA M. VEGA

                                         By:  /s/s Ralph F. Hirschmann
                                             Ralph F. Hirschmann
                                             Attorneys for Third Party
                                             WESTERN ASSET MANAGEMENT
                                             COMPANY